**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-03298-WJM-KMT | Date: | October 21, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                          *Counsel:*

DONNA ANN BROWN,                                                              Rosemary Orsini

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,         Veronica von Grabow
and
COLORADO CASUALTY COMPANY,

    Defendants.

**COURTROOM MINUTES**

**Motion Hearing**

**1:26 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Court states its understanding of the issue.

Ms. von Grabow states Plaintiff's counsel has provided supplemental responses.

Discussion regarding job search records, wage information from 2005 through 2012, medical records, identity of witnesses, and extension of deadlines.

**ORDERED**:   **Deadlines are extended only for non-written discovery, as follows:
                Discovery cut off  -  January 31, 2014
                Dispositive Motions -  February 28, 2014**

**ORDERED**:   **The Final Pretrial Conference is vacated and RESET as a Telephonic Final
                Pretrial Conference for April 22, 2014 at 9:30 a.m.  The parties shall initiate
                a conference call and contact chambers at 303-335-2780 at the time of the**

        **Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.**

**ORDERED**:   **Defendant's Motion to Compel Discovery from Plaintiff [28] is GRANTED IN PART AND DENIED IN PART; as follows:**

- **Plaintiff is directed to produce all extra financial information, as stated on record, on or before October 28, 2013.**

- **Defendant is directed to notify Ms. Orsini how they wish to proceed with respect to recovering information contained on Plaintiff's hard drive, on or before October 28,2013.**

- **The request pertaining to medical records is WITHDRAWN upon the understanding that Plaintiff is asserting only "garden variety" emotional damages and will not seek to introduce evidence that she has sought any medical treatment arising out of events at issue in the case.**

- **Plaintiff is directed to respond to the questions regarding the identity of the witnesses.  Defendant is allowed 4 additional hours of deposition time to obtain answers to questions that were previously unresponsive or under-responsive.**

- **The request for sanctions is DENIED.**

Court states its practice regarding discovery disputes.

**2:35 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    01:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.